IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


SHUN'-BREE' PRUITT,

        Plaintiff,

    vs.                                     Civil Action 2:13-cv-0030
                                            Judge Frost
                                            Magistrate Judge King

MANSFIELD CORRECTIONAL
INSTITUTION, *et al.*,

        Defendants.


<u>ORDER</u>

        Plaintiff, an inmate at the Mansfield Correctional Institution ["MaCI"], seeks to bring this civil action against MaCI and a resident of Mansfield, Ohio, based on events that are alleged to have occurred at MaCI.

        MaCI is located in Richland County, Ohio, which falls within the geographical jurisdiction of the United States District Court for the Northern District of Ohio, Eastern Division.  28 U.S.C. § 115(a)(1).

        This action is therefore **ORDERED TRANSFERRED** to the Northern District of Ohio, Eastern Division.


                                    *s/Norah McCann King*
                                    Norah M<sup>c</sup>Cann King
                                    United States Magistrate Judge

January 14, 2013
(Date)